RAFEY S. BALABANIAN (SBN 315962)
J. AARON LAWSON (SBN 319306)
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Telephone: (415) 212-9300
Facsimile: (415) 373-9435
Email: rbalabanian@edelson.com
Email: alawson@edelson.com

*Attorneys for Plaintiff Jonathan Carmel*

JOHN F. COVE, JR. (SBN 212213)
EMILY V. GRIFFEN (SBN 209162)
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email: john.cove@shearman.com
Email: emily.griffen@shearman.com

JEROME S. FORTINSKY (admitted *pro hac vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: 212-848-4000
Email: jfortinsky@shearman.com

*Attorneys for Defendant Mizuho Bank, Ltd.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN CARMEL<br><br>Plaintiff,<br>v.<br><br>MIZUHO BANK, LTD. and MARK KARPELES<br><br>Defendants. | Case No. 2:18-CV-02483-JAK-E<br><br>AMENDED BRIEFING SCHEDULE STIPULATED PER STANDING ORDER |

WHEREAS plaintiff Jonathan Carmel ("Carmel") filed a complaint in this action on March 27, 2018 and named Mizuho Bank, Ltd. ("Mizuho"), which is headquartered in Japan, as a defendant;

WHEREAS, on June 22, 2018, Mizuho filed a Notice Of Motion And Motion To Dismiss The Complaint, Or Alternatively, To Strike All Class Action Allegations (the "Motion") (dkt. 17);

WHEREAS, on June 22, 2018, the Court issued an Order continuing the Motion and setting a hearing date for October 22, 2018 (dkt. 21);

WHEREAS the Court's standing order provides that the Court "will permit the parties to stipulate, without a court order, to a briefing schedule for any motion that is set for a hearing to be held more than 70 days from the date it was filed so long as the reply is filed no later than five (5) weeks prior to the hearing date."

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that:

1. Carmel shall file any opposition to the Motion by August 10, 2018.
2. Mizuho shall file any reply to Carmel's opposition by September 17, 2018.

DATED: June 29, 2018               EDELSON P.C.

                                   By:  /s/ J. Aaron Lawson
                                        J. Aaron Lawson
                                   *Attorneys for Plaintiff Jonathan Carmel*

DATED: June 29, 2018               SHEARMAN & STERLING LLP

                                   By:  /s/ Jerome S. Fortinsky
                                        Jerome S. Fortinsky
                                   *Attorneys for Defendant Mizuho Bank, Ltd.*

**ATTESTATION OF E-FILED SIGNATURES**

I, Jerome S. Fortinsky, am the ECF User whose ID and passwords are being used to file this Stipulation. In compliance with L.R. 5-4.3.4(a)(2)ii), I hereby attest that J. Aaron Lawson, counsel for the plaintiff, on whose behalf the filing is submitted, has concurred in the filing's content and have authorized the filing.

DATED: June 29, 2018

SHEARMAN & STERLING LLP

By: /s/ Jerome S. Fortinsky
Jerome S. Fortinsky

*Attorneys for Defendant Mizuho Bank, Ltd.*

AMENDED BRIEFING SCHEDULE STIPULATED PER STANDING ORDER 3 CASE NO. 2:18-CV-02483-JAK-E