RAFEY S. BALABANIAN (SBN 315962)
rbalabanian@edelson.com
J. AARON LAWSON (SBN 319306)
alawson@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Telephone: (415) 212-9300
Facsimile: (415) 373-9435

*Attorneys for Plaintiff Jonathan Carmel*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CARMEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIZUHO BANK, LTD. and MARK KARPELES,<br><br>Defendants. | Case No. 2:18-cv-02483-JAK-E<br><br>PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE |

Plaintiff Jonathan Carmel hereby submits this response to the Court's Order to Show Cause, which was entered on July 3, 2018. (Dkt. 27.)

1. Fed. R. Civ. P. 4(m) requires service of a complaint within 90 days of filing. That same subsection, however, provides that the 90-day timeline is inapplicable to service in a foreign country. *See id.*

2. Defendant Mark Karpeles is a citizen of France and, on information and belief, he currently is located in Japan, where he awaits trial on criminal charges related to the Mt. Gox bitcoin exchange. (*See* dkt. 1, ¶ 5; Kosaku Narioka, "Court

Blocks Payday for Chief of Bankrupt Mt. Gox Bitcoin Exchange," Wall St. J. (June 25, 2018, 8:23 a.m.), https://www.wsj.com/articles/court-blocks-payday-for-chief-of-bankrupt-mt-gox-bitcoin-exchange-1529929409 (discussing the "ongoing" criminal trial). Under Fed. R. Civ. P. 4(f)(1), persons abroad may be served "by any internationally agreed means of service that is reasonably calculated to give notice, such as those authorized by the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents."

3. Japan is a signatory to the Hague Convention, so the validity of any service is governed by Article 5 of that Convention. *See Brockmeyer v. May*, 383 F.3d 798, 801 (9th Cir. 2004). To serve Mr. Karpeles under the Hague Convention, section 5(1)(a) of the Convention requires that Plaintiff identify Mr. Karpeles's physical address. (There also is some ambiguity about whether Japan objects to service within its borders by registered international mail. *See Water Splash, Inc. v. Menon*, 137 S. Ct. 1504, 1513 (2017) (holding that the Hague Convention does not prohibit service abroad by mail). In any event, such service also would require Mr. Karpeles's physical address.)

4. In an earlier case, the district court for the Northern District of Illinois authorized alternative service on Mr. Karpeles via his email address, following submission of materials demonstrating that Mr. Karpeles regularly checked that email address. *See Greene v. MtGox, Inc.*, No. 14 cv 1437, ECF No. 235 (N.D. Ill. Sept 21, 2016). Counsel for plaintiff has sent filings in this case via email to Mr. Karpeles at that address. Mr. Karpeles has not responded to those messages.

5. Mr. Karpeles's exact whereabouts are currently unknown. However, it was recently reported that Mr. Karpeles has obtained employment with an American company, London Trust Media, Inc. *See* Joshua Goldman, "Former Mt. Gox bitcoin exchange CEO Karpeles lands new job," CNET (Apr. 23, 2018, 9:02 a.m. PDT), https://www.cnet.com/news/mt-gox-bitcoin-exchange-former-ceo-karpeles-lands-

new-job/. In a separate case, the plaintiff (represented by the same counsel as Carmel) obtained leave to subpoena London Trust Media, Inc. in order to determine Mr. Karpeles's physical address. (*See Lack v. Mizuho Bank Ltd.*, No. 2:18-cv-00617, ECF No. 53 (C.D. Cal. June 27, 2018)). That subpoena was served on July 3, 2018. Once the subpoena is responded to, Plaintiff will effectuate service of process through the Hague Convention or by registered mail, and, to the extent necessary, seek extra time in which to effectuate such service. Should these efforts fail, Plaintiff anticipates moving the Court to approve service by alternative means, as ordered in the *Greene* litigation.

Respectfully submitted,

**JONATHAN CARMEL,** individually and on behalf of all others similarly situated,

Dated: July 10, 2018

By: /s/ Aaron Lawson

One of Plaintiff's Attorneys

Rafey S. Balabanian (315962)
rbalabanian@edelson.com
Aaron Lawson
alawson@edelson.com (319306)
EDELSON PC
123 Townsend Street
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

*Counsel for Plaintiff and the Putative Classes*