# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CARMEL,<br><br>        Plaintiff,<br><br>    v.<br><br>MIZUHO BANK, LTD. and MARK KARPELES,<br><br>        Defendants. | Case No. 2:18-CV-02483-JAK-E<br><br>**ORDER RE REQUEST TO WAIVE L.R. 83-2.1.3.4 AND AUTHORIZE DESIGNATION OF LOCAL COUNSEL** |

Upon consideration of the request of defendant Mizuho Bank, Ltd. ("Mizuho") to waive Central District of California Local Rule 83-2.1.3.4 and authorize designation of Emily V. Griffen as local counsel in support of the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* of Jerome S. Fortinsky (Dkt. 28) (the "Request"):

IT IS HEREBY ORDERED THAT:

1. The Request is **DENIED**.

Dated: July 11, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE