RAFEY S. BALABANIAN (SBN 315962)
rbalabanian@edelson.com
J. AARON LAWSON (SBN 319306)
alawson@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Telephone: (415) 212-9300
Facsimile: (415) 373-9435

*Attorneys for Plaintiff Jonathan Carmel*

JOHN F. COVE, JR. (SBN 212213)
john.cove@shearman.com
EMILY V. GRIFFEN (SBN 209162)
egriffen@shearman.com
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

*Attorneys for Defendant Mizuho Bank, Ltd.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CARMEL<br><br>                   Plaintiff,<br><br>          v.<br><br>MIZUHO BANK, LTD. and MARK KARPELES<br><br>                   Defendants. | Case No. 2:18-CV-02483-JAK-E<br><br>JOINT STIPULATION REGARDING SCHEDULING CONFERENCE |

WHEREAS plaintiff Jonathan Carmel ("Carmel") filed a complaint in this action on March 27, 2018 and named Mizuho Bank, Ltd. ("Mizuho" and, with Carmel, the "Parties") as a defendant;

WHEREAS, on June 22, 2018, Mizuho filed a Notice Of Motion And Motion To Dismiss The Complaint, Or Alternatively, To Strike All Class Action Allegations (the "Motion") (dkt. 17);

WHEREAS, on June 22, 2018, the Court, on its own initiative, issued an Order continuing the Motion and setting a hearing date for October 22, 2018 (dkt. 21);

WHEREAS, on June 25, 2018, the Court issued an Order setting the Rule 16(b)/26(f) Scheduling Conference (the "Scheduling Conference") for September 10, 2018 (dkt. 22);

WHEREAS, on June 29, 2018, the Parties filed an Amended Briefing Schedule (dkt. 25) providing that Carmel shall file any opposition to the Motion by August 10, 2018 and Mizuho shall file any reply in support of its Motion by September 17, 2018;

WHEREAS, as explained in the attached declaration, Mizuho's counsel and Carmel's counsel are both unavailable on September 10, 2018;

WHEREAS, the Parties wish to reschedule the Scheduling Conference for another date that is convenient for the Court. The Parties are both available on October 22, 2018, the date that the Court set to hear the Motion, and propose to set the Scheduling Conference for that date;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE THAT SUBJECT TO THE COURT'S APPROVAL AND ORDER, the Scheduling Conference is rescheduled for October 22, 2018.

DATED:  August 15, 2018          EDELSON P.C.


                                 By:   /s/ J. Aaron Lawson
                                       J. Aaron Lawson

                                 *Attorneys for Plaintiff Jonathan Carmel*

DATED:  August 15, 2018          SHEARMAN & STERLING LLP

                                 By:   /s/ John F. Cove, Jr.
                                       John F. Cove, Jr.

                                 *Attorneys for Defendant Mizuho Bank, Ltd.*

1

**ATTESTATION OF E-FILED SIGNATURES**

2

I, John F. Cove, Jr., am the ECF User whose ID and passwords are being used

3

to file this Stipulation. In compliance with L.R. 5-4.3.4(a)(2)(i), I hereby attest that

4

J. Aaron Lawson, counsel for the plaintiff, on whose behalf the filing is submitted,

5

has concurred in the filing's content and has authorized the filing.

6

DATED:  August 15, 2018          SHEARMAN & STERLING LLP

7

8

By:   /s/ John F. Cove, Jr.

9

John F. Cove, Jr.

10

*Attorneys for Defendant Mizuho Bank, Ltd.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION REGARDING          4          CASE NO. 2:18-CV-02483-JAK-E
SCHEDULING CONFERENCE