1  RAFEY S. BALABANIAN (SBN 315962)
   rbalabanian@edelson.com
2  J. AARON LAWSON (SBN 319306)
   alawson@edelson.com
3  EDELSON PC
   123 Townsend Street, Suite 100
4  San Francisco, California 94107
   Telephone: (415) 212-9300
5  Facsimile: (415) 373-9435

6  *Attorneys for Plaintiff Jonathan Carmel*

7

8  JOHN F. COVE, JR. (SBN 212213)
   john.cove@shearman.com
9  EMILY V. GRIFFEN (SBN 209162)
   egriffen@shearman.com
10 SHEARMAN & STERLING LLP
   535 Mission Street, 25th Floor
11 San Francisco, CA 94105
   Telephone: (415) 616-1100
12 Facsimile: (415) 616-1199

13 *Attorneys for Defendant Mizuho Bank, Ltd.*

14
15 **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**

16

| | |
|---|---|
| 17  JONATHAN CARMEL | Case No. 2:18-CV-02483-JAK-E |
| 18                    Plaintiff, | |
| 19           v. | [PROPOSED] ORDER ON JOINT STIPULATION REGARDING SCHEDULING CONFERENCE |
| 20  MIZUHO BANK, LTD. and MARK KARPELES | |
| 21 | |
| 22                    Defendants. | |

23
24
25
26
27
28

The matter is before the Court on the parties' Joint Stipulation Regarding Scheduling Conference (the "Joint Stipulation"). The Court, having considered the Joint Stipulation, finds good cause in support thereof.

**ORDER**

IT IS HEREBY ORDERED THAT, upon good cause shown, the scheduling conference now calendared for September 10, 2018 is rescheduled for October 22, 2018.

Dated:_____, 2018    _____
The Honorable John A. Kronstadt
UNITED STATES DISTRICT JUDGE