RAFEY S. BALABANIAN (SBN 315962)
rbalabanian@edelson.com
J. AARON LAWSON (SBN 319306)
alawson@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Telephone: (415) 212-9300
Facsimile: (415) 373-9435

*Attorneys for Plaintiff Jonathan Carmel*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CARMEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIZUHO BANK, LTD. and MARK KARPELES,<br><br>Defendants. | Case No. 2:18-cv-02483-JAK-E<br><br>PLAINTIFF'S RESPONSE TO ORDER RE SERVICE ON MARK KARPELES |

Plaintiff Jonathan Carmel hereby submits this response to the Court's Order Re Continued Order to Show Cause Re Dismissal for Lack of Prosecution re Defendant Mark Karpeles, which was entered on September 3, 2018. (Dkt. 35.)

 1. On July 27, 2018, the Court directed Plaintiff to continue his efforts to locate and serve Mark Karpeles. (Dkt. 31.) The Court further directed Plaintiff to update the Court with the status of those efforts in the parties' Joint Rule 16(b)/26(f) Report, which, at the time, was due on August 31, 2018.[1] (*Id.*)

---

[1] Pursuant to a joint stipulation filed by the parties, the Court rescheduled the parties' Scheduling Conference from September 10, 2018 to October 22, 2018. (Dkt.

2. On July 30, 2018, Plaintiff's counsel received a response from a subpoena propounded in *Lack v. Mizuho Bank, Ltd.*, No. 2:18-cv-00617 (C.D. Cal.), which provided a recent physical mailing address for Mr. Karpeles in Japan. With this information in-hand, Plaintiff prepared and obtained Japanese translations for the documents necessary to effect service on Mr. Karpeles in Japan through the Hague Convention.

3. On August 15, 2018, Plaintiff's counsel transmitted materials to the Japanese Central Authority (i.e., via the Consular Policy Division of the Ministry of Foreign Affairs) for service on Mr. Karpeles in Japan via FedEx International Shipping.

4. On August 26, 2018, Plaintiff's counsel received a request from the Japanese Ministry of Foreign Affairs for an additional original copy of the USM-94 form submitted with the request for service on Defendant Karpeles through the Hague Convention. On August 27, 2018, Plaintiff's counsel transmitted the requested copies via FedEx International and, on September 2, 2018, received confirmation from the Ministry that the documents had been received. In that same communication, the Ministry further confirmed that the service documents would be transmitted to the Japanese Supreme Court.

5. Separately, on August 24, 2018, Mark Karpeles appeared through counsel in the matter of *Greene v. Karpeles*, No. 14-cv-01437 (N.D. Ill.). At a status hearing the following week, counsel for Plaintiff (who also represent the *Greene* plaintiffs) requested that counsel for Mark Karpeles (Bevin Brennan) deliver a service waiver request concerning this matter to her client. Ms. Brennan, however, refused to accept the service waiver documents.

6. In light of the above, Plaintiff respectfully requests that the September 10, 2018 Status Conference be continued until October 22, 2018 (i.e., to coincide

---

34.) Per the original order setting the scheduling conference, the parties' Joint Rule 16(b)/26(f) Report is now due October 12, 2018. (*See* dkt. 22 at 1-2.)

with the parties' Scheduling Conference). Should the Court grant this request, Plaintiff will provide a further update on the status of service on Mr. Karpeles in the parties' Joint Rule 16(b)/26(f) Report, as contemplated by the Court's July 27, 2018 order.

                              Respectfully submitted,

                              **JONATHAN CARMEL,** individually and on behalf of all others similarly situated,

Dated: September 4, 2018        By: /s/ J. Aaron Lawson
                                                One of Plaintiff's Attorneys

                              Rafey S. Balabanian (315962)
                              rbalabanian@edelson.com
                              Aaron Lawson
                              alawson@edelson.com (319306)
                              EDELSON PC
                              123 Townsend Street
                              San Francisco, California 94107
                              Tel: 415.212.9300
                              Fax: 415.373.9435

                              *Counsel for Plaintiff and the Putative Classess*