UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CARMEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIZUHO BANK, LTD. and MARK KARPELES,<br><br>Defendants. | Case No. 2:18-cv-02483-JAK-E<br><br>**ORDER RE PLAINTIFF'S REQUEST TO CONTINUE DEADLINE TO SERVE DEFENDANT KARPELES RE HIS RESPONSE TO ORDER RE SERVICE ON MARK KARPELES** |

The matter is before the Court on Plaintiff Jonathan Carmel's Response to the Court's Order Re Continued Order to Show Cause Re Dismissal for Lack of Prosecution re Defendant Mark Karpeles (the "Response") (dkt. 35). The Court, having considered the Response, finds good cause in support thereof:

IT IS HEREBY ORDERED THAT:

1. The Request is **GRANTED**. The September 10, 2018 Status Conference is **CONTINUED** for October 22, 2018 at 8:30 a.m.

2. Plaintiff shall continue his efforts to serve Mark Karpeles. If a proof of service is not filed by October 12, 2018, then Plaintiff shall update the Court with the status of his efforts to serve Karpeles in the Joint Rule 16(b)/26(f) Report.

IT IS SO ORDERED.

Dated: September 5, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

2