UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| Case No. | LA CV18-02483 JAK (Ex) | Date | October 22, 2018 |
|---|---|---|---|
| Title | Jonathan Carmel v. Mizuho Bank, Ltd., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| John A. Lawson | John F. Cove |

**Proceedings:** **DEFENDANT MIZUHO BANK, LTD.'S MOTION TO DISMISS THE COMPLAINT OR, ALTERNATIVELY, TO STRIKE ALL CLASS ACTION ALLEGATIONS (DKT. 17)**

**STATUS CONFERENCE RE SERVICE OF DEFENDANT MARK KARPELES (DKT. 31)**

**SCHEDULING CONFERENCE**

The motion hearing is held. The Court states its tentative views that it is inclined to grant Defendant Mizuho Bank, Ltd's Motion to Dismiss the Complaint or, Alternatively, to Strike All Class Action Allegations (the "Motion"), for lack of personal jurisdiction over Defendant. Counsel address the Court. The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued.

The Court confers with counsel regarding the civil rehabilitation proceeding, which is currently pending in Japan (the "Japan Action"). *See* Dkt. 40 at 4. Counsel address the Court as to whether a temporary stay of the proceedings in this matter would be appropriate in light of the procedural posture of the Japan Action. The Court orders this case stayed until March 2019. Accordingly, the Scheduling and Status Conference are **CONTINUED** to March 18, 2019 at 1:30 p.m. Counsel shall file an updated Joint Rule 16(b)/26(f) Report no later than March 11, 2019, or within 14 days of the conclusion of the proceedings in Japan, whichever is to occur first.

**IT IS SO ORDERED.**

|  | : | 25 |
|---|---|---|
| Initials of Preparer | ak | |