RAFEY S. BALABANIAN (SBN 315962)
rbalabanian@edelson.com
J. AARON LAWSON (SBN 319306)
alawson@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Telephone: (415) 212-9300
Facsimile: (415) 373-9435

*Attorneys for Plaintiff Jonathan Carmel*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CARMEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIZUHO BANK, LTD. and MARK KARPELES,<br><br>Defendants. | Case No. 2:18-cv-02483-JAK-E<br><br>PROOF OF SERVICE |

I, J. Aaron Lawson, declare as follows:

On March 19, 2019, I served copies of the Complaint (dkt. 1), Summons (dkt. 8), Standing Order for Judge Kronstadt (dkt. 9), and minutes regarding the hearing on Plaintiff's Ex Parte Application to Approve Alternative Service on Defendant Mark Karpeles (dkt. 48) on Defendant Mark Karpeles by causing true and accurate copies of such papers to be hand delivered to Bevin Brennan, Pedersen & Houpt, 161 North Clark Street Suite 2700, Chicago, Illinois 60601.

I declare under penalty of perjury that the above and foregoing is true and correct.

| | |
|---|---|
| PROOF OF SERVICE | CASE NO. 2:18-CV-02483-JAK-E |

1    Executed March 20, 2019 in San Francisco, California

2                                  By: /s/ J. Aaron Lawson

3                                  One of Plaintiff's Attorneys

4
                                   J. Aaron Lawson
5                                  alawson@edelson.com (319306)
                                   EDELSON PC
6                                  123 Townsend Street
7                                  San Francisco, California 94107
                                   Tel: 415.212.9300
8                                  Fax: 415.373.9435

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        2
PROOF OF SERVICE                                         Case No. 2:18-cv-02483-JAK-E