| | |
|---|---|
| 1 | PETER C. BRONSTEIN, ESQ., Cal. State Bar No. 153611 |
|   | **LAW OFFICES OF PETER C. BRONSTEIN** |
| 2 | 1999 Avenue of the Stars 11th Floor |
|   | Los Angeles, California 90067 |
| 3 | Telephone: (310) 203-2249 |
| 4 | Email Peterbronz@yahoo.com |
|   | Attorney for Defendant Mark Karpeles |
| 5 | |
| 6 | Rafey S Balbanian (315962) |
|   | rbalabanian@edelson.com |
| 7 | Aaron Lawson (319306) |
|   | alawson@edelson.com |
| 8 | EDELSON PC |
| 9 | 123 Townsend Street |
|   | San Francisco, CA 94107 |
| 10 | Tel: 415.212.9300 |
|    | Fax 415.373.9435 |
| 11 | Counsel for Plaintiff and the Putative Class |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DISTRICT

| | |
|---|---|
| JONATHAN CARMEL, individually and On behalf of all others similarly situated, | Case No. 2:18-CV-02483 |
| Plaintiff | STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R.8-3) |
| v. | Complaint Served: March 20, 2019 |
| MIZUHO BANK, LTD., a Japanese Financial institution, and MARK KARPELES, an individual | Current Response Date: April 10, 2019 |
| | New Response Date: April 22, 2019 |
| Defendant | |

STIPULATION

1. On or about March 20, 2019 Plaintiff pursuant to a Court Order (Dkt. 48) served Defendant Mark Karpeles via counsel retained by Mr. Karpeles in a separate action (Dkt. 49).

PROOF OF SERVICE

2. On or about April 8, 2019 counsel in California was retained for Defendant Mark Karpeles.

3. On or about April 8, 2019, counsel for Plaintiff and Defendant met and conferred about this matter.

4. On or about April 8, 2019 Plaintiff counsel Aaron Lawson informed Defendants counsel Peter Bronstein that a response to the Complaint was due on April 10, 2019

5. On or about April 8, 2019 Plaintiff counsel Aaron Lawson stipulated to extend the response date to the Complaint to April 22, 2019

DATED: April 8, 2019        By:    s/Peter C. Bronstein
                                    Peter C. Bronstein Attorney for
                                    Defendant Mark Karpeles

DATED: April 8, 2019        By:    s/ J. Aaron Lawson
                                    Aaron Lawson Attorney for
                                    Plaintiff and the Putative Classes

PROOF OF SERVICE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1999 Avenue of the Stars 11th Floor, Los Angeles, CA 90067.

On April 8, 2019, I served the foregoing documents described as STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R.8-3) on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

EDELSON PC
123 Townsend Street
San Francisco, CA 94107

[X]  BY MAIL

    [X]  I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

    [ ]  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on April 8, 2019, Los Angeles, California.

[]  (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Peter Bronstein            /Peter Bronstein/
Type or print name        Signature