UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CARMEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIZUHO BANK, LTD. and MARK KARPELES,<br><br>Defendants. | Case No. 2:18-cv-02483-JAK-E<br><br>**ORDER RE STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS AND SCHEDULING CONFERENCE (DKT. 56)** |

Based on a review of the parties' Stipulation to Continue Hearing on Motion to Dismiss and Scheduling Conference (the "Stipulation") (Dkt. 56), certain good cause has been shown. The Stipulation is **GRANTED IN PART** as follows:

1. The hearing on Defendant Mark Karpeles's Motion to Dismiss (Dkt. 53), set for July 8, 2019, is continued to July 15, 2019 at 8:30 a.m. The parties' stipulated briefing schedule remains as stated.

2. The scheduling conference, set for July 8, 2019, is continued to July 15, 2019, at 8:30 a.m.

3. The parties' Joint Rule 16(b)/26(f) Report is due by July 5, 2019.

IT IS SO ORDERED.

Dated: May 2, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE