RAFEY S. BALABANIAN (SBN – 315962)
rbalabanian@edelson.com
J. AARON LAWSON (SNB – 319306)
alawson@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: (415) 212-9300
Fax: (415) 373-9435

*Counsel for Plaintiff and the Putative Classes*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JONATHAN CARMEL, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>*Defendants*. | Case No. 2:18-CV-02483-JAK-E<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Judge: Hon. John A. Kronstadt<br>Date: September 16, 2019<br>Time: 8:30 a.m.<br>Place: Courtroom 10B |

Plaintiff Jonathan Carmel respectfully submits this notice of supplemental authority regarding the recent decision denying the motion to dismiss submitted by Mr. Karpeles in *Lack v. Karpeles*, No. 18-cv-00617-RGK-GJS. A copy of the opinion is attached hereto.

1
2
3
4
5  Dated: June 25, 2019
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,
**JONATHAN CARMEL**, individually and on behalf of all others similarly situated,

By: /s/ J. Aaron Lawson
　　　*One of Plaintiff's Attorneys*

RAFEY S. BALABANIAN (SBN–315962)
rbalabanian@edelson.com
J. AARON LAWSON (SBN–319306)
alawson@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: (415) 212-9300
Fax: (415) 373-9435

*Counsel for Plaintiff and the Putative Class*

---

PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY　　　　　CASE NO. 2:18-CV-00617-RGK-GJS