**EXHIBIT A - SCHEDULE OF PRETRIAL AND TRIAL DATES FOR CIVIL CASES**

| Case No.: | No. 18-cv-2483-JAK-E |
|---|---|
| Case Name: | Carmel v. Karpeles |

| **Hearings:** | | **Plaintiff(s) Request** | **Defendant(s) Request** | **Court Order** |
|---|---|---|---|---|
| __x__ Jury Trial<br>____ Court Trial<br>*(Tuesday at 9:00 a.m.)*<br><br>Duration Estimate:<br>__5__ Days<br>____ Weeks | | Dec. 1, 2020 | *Dec.1, 2020 | |
| Final Pretrial Conference ("FPTC") & Status Conference re Disputed Exhibits:<br>*(Monday at 3:00 p.m.: Two weeks before the trial)* | Text | Nov. 16, 2020 | *Nov. 16, 2020 | |

| **Deadlines for Bench Trials Only:** | **Weeks Before FPTC** | **Plaintiff(s) Request** | **Defendant(s) Request** | **Court Order** |
|---|---|---|---|---|
| Anticipated Ruling to be Issued by Court | Same date | | | |
| Last Date to File Objections to Direct Testimony Declarations | 2 | | | |
| Last Date to File Direct Testimony Declarations | 3 | | | |

| **Proposed Motion Practice for Motions for Summary Judgment & Motions for Class Certification:** | **Weeks Before FPTC** | **Plaintiff(s) Request** | **Defendant(s) Request** | **Court Order** |
|---|---|---|---|---|
| Hearing on Motion | 4(SJ)/12(Cert) | Oct. 19, 2020/<br>Aug. 24, 2020 | *Oct. 19, 2020/<br>Aug. 24, 2020 | |
| Reply to Motion | 6/14 | Oct. 5, 2020/<br>Aug. 10, 2020 | *Oct. 05, 2020/<br>Aug. 10, 2020 | |
| Response to Motion | 8/16 | Sept. 21, 2020/<br>July 27, 2020 | *Sept. 21, 2020/<br>July 27, 2020 | |
| Last day to File Motion | 10/18 | Sept. 7, 2020/<br>July 13, 2020 | *Sept. 07, 2020/<br>July 13, 2020 | |

| Deadlines: | Weeks Before FPTC | Plaintiff(s) Request | Defendant(s) Request | Court Order |
|---|---|---|---|---|
| Anticipated Ruling on All Motions | 4 | Oct. 19, 2020 | *Oct. 19, 2020 | |
| Last Date to Hear Motions *(including discovery motions)* | 8 | Sept. 21, 2020 | *Sept. 21, 2020 | |
| Last Date to File Motions *(including discovery motions)* | 20 | June 29, 2020 | *June 29, 2020 | |
| Expert Discovery Cut-Off | 20 | June 29, 2020 | *June 29, 2020 | |
| Expert Disclosure (Rebuttal) | 22 | June 15, 2020 | *June 15, 2020 | |
| Expert Disclosure (Initial) | 24 | June 1, 2020 | *June 1, 2020 | |
| Non-Expert Discovery Cut-Off | 26 | May 18, 2020 | *May 18, 2020 | |
| Last Date to Add Parties/Amend Pleadings | NA | | | |
| **Settlement Procedure Selection:** *(ADR-12 Form will be completed by Court after scheduling conference)* | | **Plaintiff(s) Request** | **Defendant(s) Request** | **Court Order** |
| 1. Magistrate Judge<br>2. Attorney Settlement Officer Panel<br>3. Outside ADR/Non-Judicial (Private) | | 3 | | |
| Last day to conduct settlement conference/mediation | | Oct. 15, 2019 | *April 15, 2020 | |
| Notice of Settlement / Joint Report re Settlement *(10 days before PMSC)* | | Oct. 19, 2019 | *April 25, 2020 | |
| Post Mediation Status Conference: *(Monday at 1:30 pm: 14 days after the last day to conduct settlement)* | | Oct. 25, 2019 | *May 13, 2020 | |

\* Defendant believes an automatic stay is in place as Defendant Karpeles is in bankruptcy in Japan since 2015.
Defendant asserts the Motion to Dismiss is pending and that this Court does not have jurisdiction over Defendant Karpeles.
Defendant asserts the statute of limitations expired.

Defendant asserts the documents are prohibited under Japan law from being disclosed.
If allowed said documents will require a Protective Order and Motion to Seal.
As of this date Japan will not allow dissemination or disclosure of documents.