UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV18-02483 JAK (Ex) | Date | December 9, 2019 |
| Title | Jonathan Carmel v. Mark Karpeles | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) SCHEDULING ORDER SETTING PRETRIAL DEADLINES (DKT. 22) JS-5: Reopen/Active Calendar

The Court has reviewed the parties' December 2, 2019 Joint Report (Dkt. 69) and sets the following deadlines:

| | |
|---|---|
| December 30, 2019 | Deadline to file joint report regarding agreed upon private neutral. If the parties are not able to agree, the joint report shall include three nominees from each party. A resume and hourly rate for each nominee shall be attached to the joint report. The Court will select a private neutral from the nominees proposed by the parties |
| February 7, 2020: | Last day to amend or add parties |
| July 3, 2020: | Last day to participate in a settlement conference/mediation |
| July 10, 2020: | Last day to file notice of settlement / joint report re settlement |
| July 20, 2020 at 11:30 a.m.: | Post Mediation Status Conference |
| August 15, 2020: | Non-Expert Discovery Cut-Off |
| August 31, 2020: | Initial Expert Disclosures |
| September 14, 2020: | Rebuttal Expert Disclosures |
| September 28, 2020: | Expert Discovery Cut-Off |
| September 28, 2020: | Last day to file All Motions *(including discovery motions)* |

The parties will be invited to submit proposed dates for the final pretrial conference and trial, if necessary, upon the Court's final ruling on the motions. The trial estimate will be set at the final pretrial conference.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV18-02483 JAK (Ex) | Date | December 9, 2019 |
| Title | Jonathan Carmel v. Mark Karpeles | | |

The Court grants the parties' request to participate in a settlement conference with a private neutral. The parties are ordered to have a representative with authority to make final decisions as to this matter present at the settlement conference. If a settlement is reached, the parties are ordered to file a notice of settlement, with a proposed date by which the matter will be dismissed. No appearance will be required on July 27, 2020, if such notice is filed on or before July 17, 2020. If a notice of settlement is not filed, counsel shall file a joint report by July 17, 2020, regarding the status of settlement and whether a second session would be productive. The joint report shall not disclose the substantive contents of any settlement communications between the parties.

The settlement conference, notice of settlement or joint report, and post-mediation status conference dates are set without prejudice to a request for an extension based upon the progress of discovery.

**IT IS SO ORDERED.**

:

Initials of Preparer    ak