**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN CARMEL, <br><br> PLAINTIFF(S) <br><br> v. <br><br> MIZUHO BANK, LTD., et al., <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> LA CV18-02483 JAK (Ex) <br><br> **ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENTS** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Local Rules, General Order 10-07 and/or the Court's Case Management Order as indicated:

| Date Filed | Doc. No. | Title of Document |
|---|---|---|
| 12/30/2019 | 72 | Motion to Modify ADR Scheduling Order |
|  |  |  |

☐ Document submitted in the wrong case
☐ Incorrect document is attached to the docket entry
☐ Document linked incorrectly to the wrong document/docket entry
☐ Incorrect event selected. Correct event is _____
☐ Case number is incorrect or missing.
☑ Hearing information is missing, incorrect, or not timely
☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
☐ Case is closed
☐ Proposed Document was not submitted as separate attachment
☐ Title page is missing
☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
☑ Other : Motions are briefed and set for hearing pursuant to L.R. 6-1 and 7. The proper manner in which to seek leave to amend the scheduling order is by filing a stipulation and proposed order or a request/application and proposed order.

**Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for Local Rules, General Order 10-07 and applicable forms.**

Dated: January 2, 2020          By: *[signature]*

U.S. District Judge / U.S. Magistrate Judge

*cc: Assigned District and/or Magistrate Judge*

G-106 (12/10)          **ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT**