# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-2483-JAK(Ex) | Date | June 2, 2020 |
|---|---|---|---|
| Title | JONATHAN CARMEL v. MARK KARPELES | | |

| Present: The Honorable | Charles F. Eick, United States Magistrate Judge | |
|---|---|---|
| Stacey Pierson | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| **Attorneys Present for Plaintiffs:** | **Attorneys Present for Defendants:** |
|---|---|
| None | None |

**Proceedings:**     (IN CHAMBERS)

The Court has read and considered Plaintiff's "Motion to Compel" ("the Motion"), filed May 11, 2020. Defendant Mark Karpeles ("Karpeles") failed to file timely opposition to the Motion. See L.R. 7-9; see also Minute Order, filed May 11, 2020. The June 12, 2020 hearing on the Motion is vacated. The Court has taken the Motion under submission without oral argument.

The Motion is granted. On or before June 9, 2020, Karpeles shall serve complete responses without objection to the subject document requests and complete responses without objection to the subject interrogatories. At the same time, Karpeles shall produce to Plaintiff all documents responsive to the subject document requests.

Failure timely to comply with this order may result in the imposition of drastic sanctions, including, without limitation, the striking of Karpeles' Answer and the entry of his default.

cc:     Judge Kronstadt
        All Counsel of Record

Initials of Deputy Clerk   SP