RAFEY S. BALABANIAN (SBN – 315962)
rbalabanian@edelson.com
J. AARON LAWSON (SBN – 319306)
alawson@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: (415) 212-9300

*Counsel for Plaintiff*

PETER BRONSTEIN (SBN – 153611)
peterbronz@yahoo.com
LAW OFFICES OF PETER C. BRONSTEIN
1999 Avenue of the Stars, 11th Floor
Los Angeles, California 90067
Tel.: 310-203-2249

*Counsel for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JONATHAN CARMEL,<br><br>    *Plaintiff*,<br><br>v.<br><br>MARK KARPELES,<br><br>    *Defendant*. | **STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41** |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANT MARK KARPELES PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Jonathan Carmel ("Carmel") and Defendant Mark Karpeles ("Karpeles") (collectively "the

STIPULATION OF DISMISSAL

Parties") that, having reached a settlement, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action shall be, and is, dismissed with prejudice as to all claims asserted by Plaintiff. The Parties further STIPULATE AND AGREE that each shall bear their own attorney's fees and costs incurred in any way related to this action.  The Parties further STIPULATE AND AGREE that the terms of the Settlement Agreement and Mutual Release reached between the Parties are incorporated herein by reference and the Court shall retain jurisdiction for the purpose of resolving any disputes related to  the settlement agreement between the parties.

IT IS SO STIPULATED.

**JONATHAN CARMEL**,

Dated: July 10, 2020         By:   s/ J. Aaron Lawson
                                                    *One of Plaintiff's Attorneys*

RAFEY S. BALABANIAN (SBN–315962)
rbalabanian@edelson.com
J. AARON LAWSON (SBN–319306)
alawson@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: (415) 212-9300

*Counsel for Plaintiff*

**MARK KARPELES**,

Dated: July 10, 2020         By:   s/ Peter Bronstein
                                                    *One of Defendant's Attorneys*

PETER BRONSTEIN (SBN – 153611)
peterbronz@yahoo.com
LAW OFFICES OF PETER C. BRONSTEIN
1999 Avenue of the Stars, 11th Floor
Los Angeles, California 90067
Tel.: 310-203-2249

*Counsel for Defendant*

**ATTESTATION OF E-FILED SIGNATURE**

I, J. Aaron Lawson, am the ECF User whose ID and password are being used to file the foregoing Stipulation of Dismissal. In compliance with L.R. 5-4.3.4, I hereby attest that the other signatories on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

DATED: July 10, 2020                                By:     /s/ J. Aaron Lawson